No. 93-6921. CARLTON *v.* FASSBENDER. C. A. 6th Cir. Certiorari denied.

No. 93-6922. BURLEY *v.* ULLRICH COPPER, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-6924. BRAZILE *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93-6930. CASTRO RODRIGUEZ *v.* GODINEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93-6933. DICK *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93-6936. BARBER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93-6942. NASH *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 93-6947. MOSKOWITZ *v.* SABOL ET AL. C. A. 2d Cir. Certiorari denied.

No. 93-6949. LEE *v.* RODRIGUEZ, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 93-6953. JOYCE D. *v.* ORANGE COUNTY SOCIAL SERVICES AGENCY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93-6958. JEFFERS *v.* MAZURKIEWICZ, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-6961. PERNELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93-6963. JOSEPH *v.* CANNON ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 93-6971. CARDINE *v.* MCANULTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 93-6975. BIRD *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.